1  CARMELA CARAMAGNO, CSB 139279
   P.O. Box 1811
2  Lafayette, CA 94549-8011
   (510) 525-1001
3  caramagnolaw@gmail.com

4  KAREN L. LANDAU, CSB 128728
   Law Office of Karen L. Landau, P.C.
5  460 Center St., # 6935
   Moraga, CA 94570-6935
6  karenlandau@karenlandau.com

7  Attorneys for Defendant Brent Soura

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff, | Case Number: 4:23-CR-00010-HSG-1 |
| vs. | STIPULATION AND ORDER TO CONTINUE HEARING |
| BRENT SOURA, | |
| Defendant. | |

The parties, Brent Soura and the government, acting through their respective counsel, hereby stipulate and request that the Court continue the status conference currently scheduled for June 14, 2023, at 2:00 p.m. to August 9, 2023, at 2:00 p.m. Mr. Soura has been preliminarily screened for Convictions Alternative Program (CAP) program, and will be undergoing a full assessment. The full assessment will take at least six weeks to complete. The parties are seeking a date subsequent to the completion of the assessment

-1-

1  so as to determine how to proceed.

2     SO STIPULATED:

                                        Respectfully submitted

DATED: June 8, 2023

                                        /s/Carmela Caramagno
                                        CARMELA CARAMAGNO
                                        Counsel for Defendant Soura

                                        Respectfully submitted,

DATED:  June 8, 2023

                                        /s/Karen L. Landau
                                        KAREN L. LANDAU
                                        Counsel for Defendant Soura

DATED: June 8, 2023                     ISMAIL J. RAMSEY
                                        United States Attorney

                                        /s/
                                        DANBEE KIM
                                        Assistant United States Attorney

## **ORDER**

GOOD CAUSE APPEARING, and upon the agreement of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for June 14, 2023, at 2:00 p.m. be continued to August 9, 2023, at 2:00 p.m.

SO ORDERED.

DATED: 6/12/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge