| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | KATHERINE L. WAWRZYNIAK (CABN 252751)<br>Chief, Criminal Division |
| 4 | DANBEE C. KIM (NYBN 5431523)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7200 |
| 7 | FAX: (415) 436-7234<br>Danbee.kim2@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4:23-CR-00010-HSG-1 |
| Plaintiff, | ) ) ) | STIPULATION TO EXCLUDE TIME FROM JUNE 14, 2023 TO AUGUST 9, 2023 AND ORDER |
| v. | ) ) | |
| BRENT SOURA, | ) ) | |
| Defendant. | ) ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Brent Soura, that time be excluded under the Speedy Trial Act from June 14, 2023 through August 9, 2023.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason, the parties stipulate and agree that excluding time until August 9, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from June 14, 2023 through August 9, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:     6/21/23              /s/
                                Danbee C. Kim
                                Assistant United States Attorney

DATED:     6/21/23              /s/
                                Carmela Caramagno
                                Counsel for Defendant Brent Soura

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 14, 2023 through August 9, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 14, 2023 to August 9, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 14, 2023 through August 9, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 6/22/2023                 Hon. Haywood S. Gilliam, Jr.
                                 United States District Judge